# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JAIRO CHAVEZ,<br><br>      PLAINTIFF,<br><br>v.<br><br>MEDICAL BUSINESS BUREAU, LLC<br><br>      DEFENDANT. | Case No.: 21-cv-6592<br><br>Hon. Martha M. Pacold |

## PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT ON OFFER OF JUDGMENT

NOW COMES Plaintiff Jairo Chavez, by and through counsel, who states as follows:

1. On May 20, 2022, Defendant transmitted to Plaintiff an offer to allow judgment to be entered against it and in favor of Plaintiff for $1,001 in statutory damages plus reasonable attorneys' fees and costs. A copy of the Offer of Judgment was docketed as Dkt. # 15-1.

2. On June 3, 2022, Plaintiff accepted Defendant's offer of judgment by filing a notice of acceptance of offer of judgment with this court. (Dkt. # 20).

3. Plaintiff respectfully requests that this court enter judgment in favor of Plaintiff for $1,001 plus attorney's fees and costs, and allow the parties to confer regarding attorney's fees and costs pursuant to Local Rule 54.3.

WHEREFORE, based on the foregoing, Plaintiff requests the Court to enter judgment in the amount of $1,001 in favor of Plaintiff and against Defendant, require the parties to proceed according to local rule 54.3, and for any other or further relief this Court deems just.

[Signature on next page]

**Dated: June 7, 2022**

                                                          Respectfully submitted,

                                      By:    <u>/s/ *Bryan Paul Thompson*</u>
                                                      One of Plaintiff's Attorneys

Bryan Paul Thompson
Robert W. Harrer
Chicago Consumer Law Center, P.C.
33 N. Dearborn St., Suite 400
Chicago, Illinois 60602
Tel. 312-858-3239
Fax 312-610-5646
bryan.thompson@cclc-law.com
rob.harrer@cclc-law.com