IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAIRO CHAVEZ, <br><br> PLAINTIFF, <br><br> v. <br><br> MEDICAL BUSINESS BUREAU, LLC <br><br> DEFENDANT. | Case No. 21-cv-6592 <br><br> Hon. Martha M. Pacold |

### NOTICE OF SETTLEMENT OF ATTORNEY'S FEES AND COSTS

**PLEASE TAKE NOTICE** that the issue of attorney's fees and costs pursuant to the Plaintiff's Acceptance of Defendant's Rule 68 Offer of Judgment has been resolved between the parties pending the exchange and approval of final settlement papers. Plaintiff respectfully requests that this Honorable Court retain continuing jurisdiction over this matter to give the parties time to make all necessary arrangements for finalization of payment of the Judgment to Plaintiff as well as attorney's fees and costs.

Respectfully submitted,

By: /s/ *Bryan Paul Thompson*
One of Plaintiff's Attorneys

Bryan Paul Thompson
Robert W. Harrer
Chicago Consumer Law Center, P.C.
33 N. Dearborn St., Suite 400
Chicago, Illinois 60602
Tel. 312-858-3239
Fax 312-610-5646
bryan.thompson@cclc-law.com
rob.harrer@cclc-law.com